AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VERNON A. GUION,  )  <br>      Plaintiff,  )  <br>      )  <br>      )  <br>v.      )  <br>      )  <br>GORDON R. ENGLAND,  )  <br>      Defendant.  )  | **JUDGMENT IN A CIVIL CASE**  <br>**CASE NO. 4:06-CV-70-F** |

\_\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Navy's Motion for Summary Judgment is ALLOWED. Guion's Motion for Disclosure is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 10, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Vernon A. Guion  
137 Craven Drive  
Havelock, NC 28532-2024

Kelly Michele Perry  
310 New Bern Ave., Suite 800  
Raleigh, NC 27601

March 10, 2008  
Date

*Wilmington, North Carolina*

DENNIS P. IAVARONE  
Clerk of Court

 /s/ Susan K. Enyart  
*(By) Deputy Clerk*